UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CIVIL ACTION NO: 4:18-CV-00010-JHM

DANIELLE GERRY, for herself and others similarly situated     PLAINTIFF

V.

CHENG "BENNY" LIN, et al.     DEFENDANTS

## JUDGMENT

On November 10, 2020, Default Judgment was entered as to liability on Plaintiff's claim of retaliatory termination under the FLSA against Cheng "Benny" Lin and Yamato Steakhouse of Japan Corp., and thereafter, a damages hearing was held. In a separate Memorandum Opinion, the Court found Plaintiff entitled to certain damages. Therefore, it is **HEREBY ORDERED** that Plaintiff is granted judgment against Defendants Cheng "Benny" Lin and Yamato Steakhouse of Japan Corp, jointly and severally in the total amount of **$72,531.45**, for which execution may issue if necessary.

This total amount represents an award to Plaintiff of (A) $20,000.00 in compensatory damages for mental and emotional distress arising from Plaintiff's termination, (B) $4,160 in compensatory damages for lost wages arising from Plaintiff's termination, (C) $48,363.35 in Plaintiff's attorney's fees and (D) $8.10 in Plaintiff's litigation expenses.

Further, as Plaintiff requested that the Court dismiss without prejudice Plaintiff's remaining claims if Judgment was granted, the Court hereby dismisses without prejudice all of Plaintiff's

remaining claims. Accordingly, all claims in this case have now been resolved, this Judgment is a final judgment, and this case is closed.

    So ordered.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

December 2, 2020

cc: counsel of record
    Cheng Lin, *pro se*

    Cheng Lin
    Yamato Steakhouse of Japan Corp.
    822 Barnett St.
    Vincennes, Indiana 47591

    and

    Cheng Lin
    2423 N. 6th Street
    Vincennes, Indiana 47591.